# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORRECT CRAFT IP HOLDINGS, LLC,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:13-cv-1052-Orl-31TBS

**TRICK TOWERS, LLC,**

       **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Final Judgment With Injunction against Defendant Trick Towers, LLC (Doc. No. 16), filed October 30, 2013.

On November 1, 2013, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.　　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.　　The Motion for Default Judgment is **GRANTED in part and DENIED in part**.   The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $9,204.00.

    3.　　A permanent injunction is hereby **ENTERED** against Trick Towers, LLC as follows:

Defendant Trick Towers, LLC is hereby permanently enjoined, together with its officers, agents, servants, employees, and attorneys; and anyone in active concert or participation with Defendant or its officers, agents, servants, employees, and attorneys from making, using, selling offering for sale, and

importing into the United States the Trick Towers Razor and Fly High Roll X Tower products that practice any of the claims of the following U.S. Patents:

    a.    No. RE37,823, Water Sport Towing Apparatus and Method;

    b.    No. 6,192,819, Water Sport Towing Apparatus;

    c.    No. 6,666,159, Water Sport Towing Apparatus; and

    d.    No. 7,299,761, Water Sport Towing Apparatus.

4.    After entry of judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 18, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party